IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EFRAIN D. VALDEZ,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>CAPSTONE WORKS, INC.,<br>CHARLES A. ADAMS, AND<br>CYNTHIA T. ADAMS,<br>　　　　　DEFENDANTS. | §<br>§<br>§<br>§ CAUSE NO. A-20-CV-0320 LY<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER CLOSING CASE

Before the court in the above styled and numbered cause is Plaintiff Efrain D. Valdez's Notice of Voluntary Dismissal With Prejudice filed October 7, 2020, which provides that the parties have settled their disputes, Valdez dismisses with prejudice all claims and causes of action asserted in this cause, and each party will bear its own costs, and expenses.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 13th day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE